UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NARCISSUS SWANIGAN,

    Petitioner,

  v.

JEF UTHECHT,

    Defendant.

Case No. C06-5120 FDB

ORDER ADOPTING REPORT AND RECOMMENDATIONS DISMISSING PETITION FOR HABEAS CORPUS WITH PREJUDICE

    The Magistrate Judge recommends that this petition for habeas corpus relief be dismissed with prejudice as time barred by the one-year statute of limitations, 28 U.S.C. 2244(d). As detailed by the Magistrate Judge, a challenge to Petitioner's 1995 conviction is several years time barred as the last day of the one year time frame expired on June 21, 1999. Petitioner does not dispute the running of the statute of limitations, but asserts the statute is inapplicable because his sentence is invalid on its face. The Court is unpersuaded by Petitioner's argument. Petitioner's claim that he is currently challenging a sentencing discrepancy and not his conviction is still a challenge to his underlying conviction and sentence subject to 28 U.S.C. § 2244(d).

    The Court, having reviewed the petition for habeas corpus, the Report and Recommendation

ORDER - 1

of Judge J. Kelly Arnold, United States Magistrate Judge, Objections thereto, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's federal habeas petition is **DISMISSED WITH PREJUDICE;** and

    (3)    The Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge J. Kelly Arnold.

DATED this 22nd day of September, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2